Jeremy T. Bergstrom, Esq.  E-filed on July 21, 2009
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-93247

Attorneys for Secured Creditor,
UNIVERSAL MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

CATARINO GUTIERREZ,

                Debtor.

Case No.: BK-S-09-18683-MKN
Chapter 13

**OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF**

Date:   August 13, 2009
Time:   1:30 P.M.

      UNIVERSAL MORTGAGE CORPORATION, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to the Confirmation of that certain Chapter 13 Plan proposed by Debtor:

      This objecting Secured Creditor holds the first Trust Deed on the subject property generally described as: 5120 Sugarfoot Avenue, Las Vegas, NV  89107.  As of May 26, 2009, the amount in default was $7,464.37, representing monthly payments and late charges due from December 1, 2008 through May 1, 2009; advances for taxes and insurance, if any; and foreclosure costs and attorneys' fees incurred with respect to the default.

      Debtor's Chapter 13 Plan provides for only $4,880.00 in pre-petition arrears to be paid to Secured Creditor.

///

1

**CONCLUSION**

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorney's fees and costs incurred herein.

(3) For such other relief as this Court deems proper.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: July 21, 2009          By:   /s/ Jeremy T. Bergstrom, Esq.
                                    Jeremy T. Bergstrom, Esq.
                                    Attorney for Secured Creditor

(09-93247/objaznv.dot/mlb)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___July 21, 2009___, a copy of Secured Creditor's **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTOR:
Catarino Gutierrez
5120 Sugarfoot Avenue
Las Vegas, NV  89107

ATTORNEY FOR DEBTOR:
Jorge L. Sanchez
Sanchez Law Group
930 S. Fourth Street #211
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(09-93247/objaznv.dot/mlb)